# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mario Antwan Lloyd,<br>*Plaintiff*<br>v.<br><br>Captain Robinson *Captain in their official capacity*;<br>Deputy Scott *Officer in their official capacity*;<br>Deputy Tipton *Officer in their official capacity*;<br>Deputy Roberts *Officer in their official capacity*;<br>Deputy McKeller *Officer in their official capacity*;<br>Deputy Sandova *Officer in their official capacity.*<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-01028-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Mario Antwan Lloyd, shall take nothing of the defendants, Captain Robinson *Captain in their official capacity*; Deputy Scott *Officer in their official capacity*; Deputy Tipton *Officer in their official capacity*; Deputy Roberts *Officer in their official capacity*; Deputy McKeller *Officer in their official capacity* and Deputy Sandova *Officer in their official capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: June 26, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*